B6A (Official Form 6A) (12/07)

In re **Stephen Douglas Durham**          Case No.   **15-42668-13**
   **Jennifer Lynn Durham**                                  (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| H/L: 1910 Pin Oak Lane, Dallas, Texas | Fee Simple (homestead) | C | $148,280.00 | $213,339.72 |
| | | **Total:** | **$148,280.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Stephen Douglas Durham**                    Case No.   **15-42668-13**
**Jennifer Lynn Durham**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash on hand | C | $150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank; checking ending 146 | C | $206.15 |
| | | Chase Bank; savings ending 459 | C | $1.21 |
| | | USAA; checking ending 474 | C | $3.31 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | household goods and furnishings | C | $2,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books | C | $10.00 |
| 6. Wearing apparel. | | clothing and personal effects | C | $500.00 |
| 7. Furs and jewelry. | | rings | C | $250.00 |
| | | watches | C | $20.00 |
| | | earrings | C | $50.00 |
| | | wedding rings | C | $600.00 |
| | | necklaces | C | $150.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Stephen Douglas Durham**                              Case No.   **15-42668-13**
    **Jennifer Lynn Durham**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | 2 fishing poles | C | $50.00 |
| | | shotgun | C | $250.00 |
| | | pistol | C | $100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Stephen Douglas Durham**                                   Case No.    **15-42668-13**
     **Jennifer Lynn Durham**                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2014 tax refund | C | $5,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | AC license (non-transferable) | H | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Stephen Douglas Durham**                            Case No.   **15-42668-13**
      **Jennifer Lynn Durham**                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Stephen Douglas Durham**
    **Jennifer Lynn Durham**

Case No.   <u>**15-42668-13**</u>
               (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

              <u>    4    </u> continuation sheets attached     **Total >**     **$10,340.67**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Stephen Douglas Durham**  Case No. **15-42668-13**
 **Jennifer Lynn Durham**  _____
 (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $155,675.*

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| H/L: 1910 Pin Oak Lane, Dallas, Texas | 11 U.S.C. § 522(d)(1) | $0.00 100% of FMV | $148,280.00 |
| cash on hand | 11 U.S.C. § 522(d)(5) | $150.00 100% of FMV | $150.00 |
| Chase Bank; checking ending 146 | 11 U.S.C. § 522(d)(5) | $206.15 100% of FMV | $206.15 |
| Chase Bank; savings ending 459 | 11 U.S.C. § 522(d)(5) | $1.21 100% of FMV | $1.21 |
| USAA; checking ending 474 | 11 U.S.C. § 522(d)(5) | $3.31 100% of FMV | $3.31 |
| household goods and furnishings | 11 U.S.C. § 522(d)(3) | $2,500.00 100% of FMV | $2,500.00 |
| books | 11 U.S.C. § 522(d)(3) | $10.00 100% of FMV | $10.00 |
| clothing and personal effects | 11 U.S.C. § 522(d)(3) | $500.00 100% of FMV | $500.00 |
| rings | 11 U.S.C. § 522(d)(4) | $250.00 100% of FMV | $250.00 |
| watches | 11 U.S.C. § 522(d)(4) | $20.00 100% of FMV | $20.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$3,640.67** | **$151,920.67** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Stephen Douglas Durham**          Case No. __15-42668-13__
    **Jennifer Lynn Durham**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| earrings | 11 U.S.C. § 522(d)(4) | $50.00 100% of FMV | $50.00 |
| wedding rings | 11 U.S.C. § 522(d)(4) | $600.00 100% of FMV | $600.00 |
| necklaces | 11 U.S.C. § 522(d)(4) | $150.00 100% of FMV | $150.00 |
| 2 fishing poles | 11 U.S.C. § 522(d)(3) | $50.00 100% of FMV | $50.00 |
| shotgun | 11 U.S.C. § 522(d)(3) | $250.00 100% of FMV | $250.00 |
| pistol | 11 U.S.C. § 522(d)(3) | $100.00 100% of FMV | $100.00 |
| 2014 tax refund | 11 U.S.C. § 522(d)(5) | $5,500.00 100% of FMV | $5,500.00 |
| | | $10,340.67 | $158,620.67 |

B6D (Official Form 6D) (12/07)

In re **Stephen Douglas Durham**             Case No.   **15-42668-13**
       **Jennifer Lynn Durham**                                         (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx5888**<br><br>**Ocwen Loan Servicing, LLC**<br>**1661 Worthington Road, Suite 100**<br>**West Palm Beach, FL 33409** | C | | DATE INCURRED:<br>NATURE OF LIEN:<br>**PMSI**<br>COLLATERAL:<br>**H/L: 1910 Pin Oak Lane, Dallas, Texas**<br>REMARKS:<br><br>VALUE: **$148,280.00** | | | X | **$185,449.22** | **$65,059.72** |
| ACCT #: **xxxxxx5888**<br><br>**Ocwen Loan Servicing, LLC**<br>**1661 Worthington Road, Suite 100**<br>**West Palm Beach, FL 33416-4738** | C | | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**H/L: 1910 Pin Oak Lane, Dallas, Texas**<br>REMARKS:<br><br>VALUE: **$148,280.00** | | | X | **$27,890.50** | |
| ACCT #:<br><br>**Wright Farms HOA Inc.**<br>**PO Bxo 360513**<br>**Dallas, Texas 75336** | C | | DATE INCURRED:<br>NATURE OF LIEN:<br>**HOA**<br>COLLATERAL:<br>**H/L: 1910 Pin Oak Lane, Dallas, Texas**<br>REMARKS:<br><br>VALUE: **$1,482,800.00** | | | | **$626.55** | |
| | | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | | **$213,966.27** | **$65,059.72** |
| | | Total (Use only on last page) > | | | | | **$213,966.27** | **$65,059.72** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **Stephen Douglas Durham**                                     Case No.     **15-42668-13**
        **Jennifer Lynn Durham**                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**3**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Stephen Douglas Durham**                      Case No.  **15-42668-13**
      **Jennifer Lynn Durham**                                   (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx-xxx8516**<br><br>**Internal Revenue Service**<br>**1100 Commerce Street**<br>**Stop MC5026DAL**<br>**Dallas, TX 75242** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**941 tax liability**<br>REMARKS:<br>**2nd Qtr 2014** | | | | **$10,275.47** | **$10,275.47** | **$0.00** |
| ACCT #: **xx-xxx8516**<br><br>**Internal Revenue Service**<br>**1100 Commerce Street**<br>**Stop MC5026DAL**<br>**Dallas, TX 75242** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**941 tax liability**<br>REMARKS:<br>**3rd Qtr 2014** | | | | **$3,546.54** | **$3,546.54** | **$0.00** |
| ACCT #: **xx-xxx8516**<br><br>**Internal Revenue Service**<br>**1100 Commerce Street**<br>**Stop MC5026DAL**<br>**Dallas, TX 75242** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**941 tax liability**<br>REMARKS:<br>**4th Qtr 2014** | | | | **$245.84** | **$245.84** | **$0.00** |
| ACCT #: **xx-xxx8516**<br><br>**Internal Revenue Service**<br>**1100 Commerce Street**<br>**Stop MC5026DAL**<br>**Dallas, TX 75242** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**941 tax liability**<br>REMARKS:<br>**1st Qtr 2015** | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _____**1**_____ of _____**3**_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$14,067.85** | **$14,067.85** | **$0.00** |
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | |
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | |

B6E (Official Form 6E) (04/13) - Cont.

In re **Stephen Douglas Durham**                          Case No. _____15-42668-13_____
        **Jennifer Lynn Durham**                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Amber McCurdy**<br>**211 Bluff View Cir**<br>**Mesquite, Texas 75150** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Domestic Support Obligations**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _____2_____ of _____3_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/13) - Cont.

In re  **Stephen Douglas Durham**                                    Case No.  **15-42668-13**
       **Jennifer Lynn Durham**                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **The Vida Law Firm, PLLC** <br> **3000 Central Drive** <br> **Bedford, TX 76021** | | C | DATE INCURRED: **06/29/2015** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $2,810.00 | $2,810.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals (Totals of this page) > | $2,810.00 | $2,810.00 | $0.00 |
| | Total > <br> **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | $16,877.85 | | |
| | Totals > <br> **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | $16,877.85 | $0.00 |

B6F (Official Form 6F) (12/07)

In re **Stephen Douglas Durham**        Case No. **15-42668-13**
     **Jennifer Lynn Durham**                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx-xxx3204**<br>**ADT, LLC**<br>**c/o Richard T. Avis, Attorney & Associat**<br>**PO Box 1008**<br>**Arlington Heights, IL  60006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS:<br>**services:  1910 Pin Oak Lane, Dallas, Texas**<br>**75253-3837** | X | | X | $937.75 |
| ACCT #:  **xxxxx1855**<br>**Allstate Insurance Company**<br>**Processing Center**<br>**PO Box 55156**<br>**Boston, MA  02205-5156** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Debt - possible personal liability**<br>REMARKS:<br>**insurance premium** | X | | X | $1,539.50 |
| ACCT #:<br>**American Express**<br>**c/o Degrasse & Rolnick**<br>**6363 Woodway #975**<br>**Houston, Texas  77057** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Account**<br>REMARKS: | | | | $30,745.95 |
| ACCT #:  **xxxxx1716**<br>**AT&T Wireless**<br>**c/o Diversified Consultants, Inc.**<br>**PO Box 551268**<br>**Jacksonville, FL  32255-1268** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,210.39 |
| ACCT #:<br>**Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19850-5019** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Debt - possible personal liability**<br>REMARKS: | X | | X | $32,000.00 |
| ACCT #:  **xxxxx0100**<br>**Baylor Medical Center at Irving**<br>**PO Box 841590**<br>**Dallas, Texas 75284-1590** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expense**<br>REMARKS: | | | | $1,817.15 |

                                            Subtotal >    $68,250.74

_____**7**_____continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen Douglas Durham**                           Case No.  **15-42668-13**
       **Jennifer Lynn Durham**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **7575** <br> **Capital One Barclay's Bank** <br> **PO Box  13337** <br> **Philadelphia, PA 19101** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Account** <br> REMARKS: | | | | **$4,444.25** |
| ACCT #:  **7468** <br> **Capital One NA** <br> **c/o Firstsource Advantage, LLC** <br> **205 Bryan Woods South** <br> **Amherst, NY  14228** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Account** <br> REMARKS: | | | | **$844.47** |
| ACCT #:  **8065** <br> **Capital One Services, LLC** <br> **PO Box 30285** <br> **Salt Lake City, UT  84130** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Account** <br> REMARKS: | | | | **$1,315.16** |
| ACCT #:  **xxxx-xxxx-xxxx-5513** <br> **Capital One Services, LLC** <br> **PO Box 30285** <br> **Salt Lake City, UT  84130** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Account** <br> REMARKS: | | | | **$2,525.72** |
| ACCT #:  **xxx8987** <br> **Care Now** <br> **PO Box 9101** <br> **Coppell, Texas  75019** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Expense** <br> REMARKS: | | | | **$31.10** |
| ACCT #: <br> **Century Truck & Van** <br> **1300 E. Main Street** <br> **Grand Prairie, Texas  75050** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Deficiency balance on previously secured account** <br> REMARKS: <br> **2009 Chevrolet 2500 Express Van** | | | | **Unknown** |

Sheet no. ____**1**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                  **$9,160.70**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Douglas Durham**          Case No. **15-42668-13**
**Jennifer Lynn Durham**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx6082**<br>**Chase**<br>**JPMorgan Chase Bank, NA**<br>**PO Box 659754**<br>**San Antonio, Texas 78265-9754** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Debt - Notice Only**<br>REMARKS:<br>**overdrawn account** | X | | X | **$1,976.65** |
| ACCT #: **6743**<br>**Chase Ink.**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$21,582.75** |
| ACCT #: **4803**<br>**Citibank NA**<br>**Sears Mastercard**<br>**c/o Capital Management Services, LP**<br>**698 1/2 South Ogden Street**<br>**Buffalo, NY 14206-2317** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Account**<br>REMARKS: | | | | **$1,382.67** |
| ACCT #: **xxxx-xxxx-xxxx-7217**<br>**Credit One Bank**<br>**c/o Midland Credit Management, INc.**<br>**8875 Aero Dr.**<br>**Suite 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Account**<br>REMARKS: | | | | **$2,727.87** |
| ACCT #:<br>**Dan My Handyman**<br>**105 S. Lake Dallas Dr.**<br>**Lake Dallas, Texas 75065** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Debt - possible personal liability**<br>REMARKS:<br>**services** | X | | X | **$1,250.00** |
| ACCT #: **xxVA37**<br>**Davis Motor Crane Service, Inc.**<br>**222 N. Loop 12**<br>**Irving, Texas 75061** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Debt - Notice Only**<br>REMARKS:<br>**services** | X | | X | **$833.00** |

Sheet no. ___**2**___ of ___**7**___ continuation sheets attached to          Subtotal > | **$29,752.94**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen Douglas Durham**                     Case No.  **15-42668-13**
          **Jennifer Lynn Durham**                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **5411** <br> **Discover Card** <br> **c/o Van Ru Credit Corporation** <br> **1350 E. Touhy Ave, Ste 300E** <br> **Des Plains, IL  60018** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Account** <br> REMARKS: | | | | $8,912.97 |
| ACCT #: **3840** <br> **Discover Card** <br> **c/o Northstar Location Services, LLC** <br> **Attn; Financial Services, Dept.** <br> **PO Box 49** <br> **Bowmansville, NY  14026-0049** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Account** <br> REMARKS: | | | | $6,416.08 |
| ACCT #: **xxxx-xxxx-xxxx-4077** <br> **First Premier Bank** <br> **c/o CCB Credit Services** <br> **PO Box 272** <br> **Springfield, IL  62705** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Account** <br> REMARKS: | | | | $821.27 |
| ACCT #: **xxxxx1274** <br> **Great Lakes** <br> **US Dept of Education** <br> **PO Box 530229** <br> **Atlanta, GA  30353** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Student Loan - Non-Dischargeable** <br> REMARKS: | | | | $89,830.00 |
| ACCT #: **xxxxxxxx-x9247** <br> **Home Depot Tool Rental** <br> **c/o Vengroff Williams, Inc.** <br> **PO Box 4155** <br> **Sarasota, FL  34230-4155** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $2,471.61 |
| ACCT #: **xx2073** <br> **Interline Brands, Inc. dba Barnett** <br> **c/o GB Collects, LLC** <br> **145 Bradford Dr.** <br> **West Berlin, NJ  08091-9269** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - Notice Only** <br> REMARKS: <br> **services** | X | | X | $2,448.96 |

Sheet no. _____**3**_____ of _____**7**_____ continuation sheets attached to          **Subtotal >** | $110,900.89
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Douglas Durham**   Case No.   **15-42668-13**
  **Jennifer Lynn Durham**   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx9551**<br>**Laboratory Phsycians Association**<br>**PO Box 740968**<br>**Dallas, Texas  75374-0968** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expense**<br>REMARKS: | | | | $35.99 |
| ACCT #:  **xxxxx0890**<br>**North Texas Tollway Authority**<br>**PO Box 660244**<br>**Dallas, Texas  75266-0244** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Debt - Notice Only**<br>REMARKS: | X | | X | $313.94 |
| ACCT #:  **xxxxx6535**<br>**North Texas Tollway Authority**<br>**PO Box 660244**<br>**Dallas, Texas  75266-0244** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Debt - Notice Only**<br>REMARKS: | X | | X | $629.08 |
| ACCT #:  **xxxxx9064**<br>**North Texas Tollway Authority**<br>**PO Box 660244**<br>**Dallas, Texas  75266-0244** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**tolls**<br>REMARKS: | | | | $70.73 |
| ACCT #:<br>**NTTA**<br>**PO Box 260928**<br>**Plano, Texas  75026-0928** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Debt - Notice Only**<br>REMARKS: | X | | X | **Unknown** |
| ACCT #:  **xxxx-xxxx-xxxx-5513**<br>**Portfolio Recovery Associates, LLC**<br>**120 Corporate Blvd,**<br>**Norfolk, VA  23502** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Account**<br>REMARKS: | | | | $2,525.72 |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $3,575.46

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Douglas Durham**                                          Case No.  **15-42668-13**
       **Jennifer Lynn Durham**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Pro Tunnel & Trench** <br> **c/o Resolute Services** <br> **3000 Custer Road #270-138** <br> **Plano, Texas  75075** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - Notice Only** <br> REMARKS: <br> **Judgment** <br> **Pro Tunnel & Trench vs. Advantage Air** <br> **Services; Case No. C14-278J4** | X | | X | $3,153.67 |
| ACCT #:  **xxx7858** <br> **Safeco Insurance** <br> **c/o Caine & Weiner** <br> **PO Box 5010** <br> **Woodland Hills, CA  91365-5010** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Insurance premiums** <br> REMARKS: | | | | $88.78 |
| ACCT #:  **xxx2174** <br> **Texas Regional Medical Center** <br> **231 S. Collins Road** <br> **Sunnyvale, Texas  75182-4624** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Expense** <br> REMARKS: | | | | $296.91 |
| ACCT #:  **xxxx8345** <br> **Trane US Inc.** <br> **c/o Harrell Pailet & Associates, PC** <br> **5454 La Sierra Dr., Suite 100** <br> **Dallas, Texas  75231** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - possible personal liability** <br> REMARKS: <br> **Trane US, Inc. vs. Advantage Air Services,** <br> **Inc.; Case No. CC-14-04615-A** | X | | X | $21,886.43 |
| ACCT #:  **xxxxxx7A UB** <br> **Travelers Insurance** <br> **c/o Verliance, Inc.** <br> **43525 Ridge Park Dr., Ste 300** <br> **Temecula, CA  92590-3682** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - possible personal liability** <br> REMARKS: <br> **insurance premium** | X | | X | $266.10 |
| ACCT #:  **xxxxx2066** <br> **TXTAG** <br> **PO Box 650749** <br> **Dallas, Texas  75265-0749** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - Notice Only** <br> REMARKS: | X | | X | $27.77 |

Sheet no. _____**5**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $25,719.66

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Douglas Durham**                          Case No. **15-42668-13**
**Jennifer Lynn Durham**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx xxxxxxxx9722** <br> **TXU Energy** <br> **c/o Greenberg, Grant & Richards, Inc.** <br> **PO Box 571811** <br> **Houston, Texas  77257** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - Notice Only** <br> REMARKS: <br> **services** | X | | X | $148.82 |
| ACCT #: **xxxxxx4139** <br> **Verizon** <br> **c/o Law Office of Randall S. Fudge** <br> **PO Box 60872** <br> **Oklahoma City, OK  73146-0872** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - possible personal liability** <br> REMARKS: <br> **services** <br> **105 E. Chapel Downs Dr., Southlake, Texas** | X | | X | $469.93 |
| ACCT #: **xxxxxx4490** <br> **Verizon** <br> **c/o Law Office of Randall S. Fudge** <br> **PO Box 60872** <br> **Oklahoma City, OK  73146-0872** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - possible personal liability** <br> REMARKS: <br> **services: 105 E. Chapel Downs Dr., Southlake, Texas** | X | | X | $319.06 |
| ACCT #: **xxxx5441** <br> **Verizon** <br> **c/o Sunrise Credit Services, Inc.** <br> **PO Box 9100** <br> **Farmingdale, NY  11735-9100** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - possible personal liability** <br> REMARKS: <br> **services** | X | | X | $895.34 |
| ACCT #: **xxxxxx6831** <br> **Verizon Southwest** <br> **PO Box 920041** <br> **Dallas, Texas  75392-0041** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - Notice Only** <br> REMARKS: <br> **services** | X | | X | $813.91 |
| ACCT #: **xxxxxxxxxxxx0001** <br> **Verizon Wireless** <br> **PO Box 25505** <br> **Lehigh Valley, PA  18002-5505** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Corporate Debt - Notice Only** <br> REMARKS: <br> **services** | X | | X | $2,165.69 |

Sheet no. ____**6**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,812.75

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen Douglas Durham**               Case No.  **15-42668-13**
      **Jennifer Lynn Durham**                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8715**<br>**Wells Fargo Financial Bank**<br>**3201 N. 4th Ave.**<br>**Sioux Falls, SD  57104-0700** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Account**<br>REMARKS: | | | | **$7,403.96** |
| ACCT #:  **xxxxxxxx2734**<br>**Wex Bank**<br>**c/o Brown Law, PLLC**<br>**3030 S. Gessner, Suite 200**<br>**Houston, Texas  77063** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$10,047.19** |
| ACCT #:<br>**Wildcat Cranes, Inc.**<br>**5916 Ed Coady Road**<br>**Fort Worth, Texas  76134** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Debt - Notice Only**<br>REMARKS:<br>**services** | X | | X | **$916.25** |
| ACCT #:  **xxx6139**<br>**WLS Surgical Associates of NT, PLLC**<br>**7777 Forest Lane, Ste C400**<br>**Dallas, Texas  75230-7516** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expense**<br>REMARKS: | | | | **$30.00** |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**7**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal > | **$18,397.40** |
| Total > | **$270,570.54** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Stephen Douglas Durham**    Case No. **15-42668-13**
**Jennifer Lynn Durham**                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Time Warner Cable**<br>PO Box 60074<br>City of Industry, CA  91716.0074 | cable<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Stephen Douglas Durham**                                    Case No.   **15-42668-13**
       **Jennifer Lynn Durham**                                                          (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Allstate Insurance Company**<br>Processing Center<br>PO Box 55156<br>Boston, MA  02205-5156 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Bank of America**<br>P.O. Box 15019<br>Wilmington, DE 19850-5019 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Bank of Texas**<br>P.O. Box 960100<br>Oklahoma City, OK 73196-0100 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Chase**<br>JPMorgan Chase Bank, NA<br>PO Box 659754<br>San Antonio, Texas  78265-9754 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Dan My Handyman**<br>105 S. Lake Dallas Dr.<br>Lake Dallas, Texas  75065 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Davis Motor Crane Service, Inc.**<br>222 N. Loop 12<br>Irving, Texas  75061 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Interline Brands, Inc. dba Barnett**<br>c/o GB Collects, LLC<br>145 Bradford Dr.<br>West Berlin, NJ  08091-9269 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Stephen Douglas Durham**                          Case No.   **15-42668-13**
**Jennifer Lynn Durham**                                                                    (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Internal Revenue Service**<br>1100 Commerce Street<br>Stop MC5026DAL<br>Dallas, TX  75242 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Internal Revenue Service**<br>1100 Commerce Street<br>Stop MC5026DAL<br>Dallas, TX  75242 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Internal Revenue Service**<br>1100 Commerce Street<br>Stop MC5026DAL<br>Dallas, TX  75242 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Internal Revenue Service**<br>1100 Commerce Street<br>Stop MC5026DAL<br>Dallas, TX  75242 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **North Texas Tollway Authority**<br>PO Box 660244<br>Dallas, Texas  75266-0244 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **North Texas Tollway Authority**<br>PO Box 660244<br>Dallas, Texas  75266-0244 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **NTTA**<br>PO Box 260928<br>Plano, Texas  75026-0928 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Stephen Douglas Durham**          Case No. **15-42668-13**
    **Jennifer Lynn Durham**                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Pro Tunnel & Trench**<br>c/o Resolute Services<br>3000 Custer Road #270-138<br>Plano, Texas  75075 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Trane US Inc.**<br>c/o Harrell Pailet & Associates, PC<br>5454 La Sierra Dr., Suite 100<br>Dallas, Texas  75231 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Travelers Insurance**<br>c/o Verliance, Inc.<br>43525 Ridge Park Dr., Ste 300<br>Temecula, CA  92590-3682 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **TXTAG**<br>PO Box 650749<br>Dallas, Texas  75265-0749 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **TXU Energy**<br>c/o Greenberg, Grant & Richards, Inc.<br>PO Box 571811<br>Houston, Texas  77257 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Verizon**<br>c/o Law Office of Randall S. Fudge<br>PO Box 60872<br>Oklahoma City, OK  73146-0872 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Verizon**<br>c/o Law Office of Randall S. Fudge<br>PO Box 60872<br>Oklahoma City, OK  73146-0872 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Stephen Douglas Durham**          Case No.   **15-42668-13**
       **Jennifer Lynn Durham**                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Verizon**<br>c/o Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY  11735-9100 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Verizon Southwest**<br>PO Box 920041<br>Dallas, Texas  75392-0041 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Verizon Wireless**<br>PO Box 25505<br>Lehigh Valley, PA  18002-5505 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Wex Bank**<br>c/o Brown Law, PLLC<br>3030 S. Gessner, Suite 200<br>Houston, Texas  77063 |
| **Advantage Air Services, Inc.**<br>1910 Pin Oak Lane<br>Dallas, Texas  75253-3837 | **Wildcat Cranes, Inc.**<br>5916 Ed Coady Road<br>Fort Worth, Texas  76134 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** | **Douglas** | **Durham** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Lynn** | **Durham** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number | **15-42668-13** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **A/C Technician** | **Dispatcher** |
| **Employer's name** | **Advantage Heating** | **Advantage Heating A/C Plumbing In** |
| **Employer's address** | **A/C & Plumbing Inc.**<br>Number  Street<br>**567 Commerce #110** | **567 Commerce #110**<br>Number  Street |
| | **Southlake**   **TX**   **76092**<br>City   State  Zip Code | **Southlake**   **TX**   **76092**<br>City   State  Zip Code |
| **How long employed there?** | **4 months** | **4 months** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,500.03** | **$3,666.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$2,500.03** | **$3,666.00** |

| Debtor 1 | **Stephen** | **Douglas** | **Durham** | | Case number (if known) | **15-42668-13** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here .................................................... ➔ | | 4. | **$2,500.03** | **$3,666.00** |
| **5.** | **List all payroll deductions:** | | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | | 5a. | **$381.89** | **$645.93** |
| | **5b.** Mandatory contributions for retirement plans | | 5b. | **$0.00** | **$0.00** |
| | **5c.** Voluntary contributions for retirement plans | | 5c. | **$0.00** | **$0.00** |
| | **5d.** Required repayments of retirement fund loans | | 5d. | **$0.00** | **$0.00** |
| | **5e.** Insurance | | 5e. | **$0.00** | **$0.00** |
| | **5f.** Domestic support obligations | | 5f. | **$0.00** | **$0.00** |
| | **5g.** Union dues | | 5g. | **$0.00** | **$0.00** |
| | **5h.** Other deductions. Specify: | | 5h.+ | **$0.00** | **$0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | | 6. | **$381.89** | **$645.93** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | 7. | **$2,118.14** | **$3,020.07** |
| **8.** | **List all other income regularly received:** | | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | | |
| | **8b.** Interest and dividends | | 8b. | **$0.00** | **$0.00** |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| | **8d.** Unemployment compensation | | 8d. | **$0.00** | **$0.00** |
| | **8e.** Social Security | | 8e. | **$0.00** | **$0.00** |
| | **8f.** Other government assistance that you regularly receive | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | | 8f. | **$0.00** | **$0.00** |
| | **8g.** Pension or retirement income | | 8g. | **$0.00** | **$0.00** |
| | **8h.** Other monthly income. Specify: | | 8h.+ | **$0.00** | **$0.00** |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | | 9. | **$0.00** | **$0.00** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | **$2,118.14** + **$3,020.07** = | **$5,138.21** |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | | |
| | Specify: | | 11. + | | **$0.00** |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | | 12. | | **$5,138.21** Combined monthly income |

Debtor 1  **Stephen**          **Douglas**          **Durham**                    Case number (if known)  **15-42668-13**

        First Name          Middle Name          Last Name

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Stephen | Douglas | Durham |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jennifer | Lynn | Durham |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS | | |
| Case number | 15-42668-13 | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent.................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 4 | ☐ No  ☑ Yes |
| Son | 2 | ☐ No  ☑ Yes |
| Daughter | 13 | ☑ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

**4. The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

4. _____

If not included in line 4:

4a. Real estate taxes

4a. _____

4b. Property, homeowner's, or renter's insurance

4b. _____

4c. Home maintenance, repair, and upkeep expenses

4c. _____

4d. Homeowner's association or condominium dues

4d. _____ $18.08

Debtor 1 __Stephen__  __Douglas__  __Durham__   Case number (if known) __15-42668-13__
   First Name   Middle Name   Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. **$350.00** |
| | 6b. Water, sewer, garbage collection | 6b. **$100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. **$170.00** |
| | 6d. Other. Specify: _____ | 6d. |
| 7. | **Food and housekeeping supplies** | 7. **$700.00** |
| 8. | **Childcare and children's education costs** | 8. **$1,473.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$50.00** |
| 10. | **Personal care products and services** | 10. **$60.00** |
| 11. | **Medical and dental expenses** | 11. **$100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$70.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. **$80.00** |
| 14. | **Charitable contributions and religious donations** | 14. **$650.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. |
| | 15b. Health insurance | 15b. |
| | 15c. Vehicle insurance | 15c. |
| | 15d. Other insurance. Specify: _____ | 15d. |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. |
| | 17b. Car payments for Vehicle 2 | 17b. |
| | 17c. Other. Specify: _____ | 17c. |
| | 17d. Other. Specify: _____ | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. **$460.00** |
| | **child support** | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a. Mortgages on other property | 20a. |
| | 20b. Real estate taxes | 20b. |
| | 20c. Property, homeowner's, or renter's insurance | 20c. |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. |
| | 20e. Homeowner's association or condominium dues | 20e. |

Debtor 1 __Stephen__          __Douglas__          __Durham__          Case number (if known) __15-42668-13__
         First Name           Middle Name          Last Name

**21.** **Other.** Specify: _____          21. **+** _____

**22.** **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.          22. | **$4,281.08**

**23.** **Calculate your monthly net income.**

   23a.  Copy line 12 (your combined monthly income) from Schedule I.          23a. __$5,138.21__

   23b.  Copy your monthly expenses from line 22 above.          23b. **–** __$4,281.08__

   23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.          23c. | __$857.13__

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes. | Explain here:
        **Discretionary expenses will be adjusted based on income**

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Stephen Douglas Durham**                                          Case No.  **15-42668-13**
       **Jennifer Lynn Durham**

                                                                            Chapter    **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $148,280.00 | | |
| B - Personal Property | Yes | 5 | $10,340.67 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $213,966.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $16,877.85 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $270,570.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $5,138.21 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $4,281.08 |
| TOTAL | | 32 | $158,620.67 | $501,414.66 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re **Stephen Douglas Durham**
**Jennifer Lynn Durham**

Case No. **15-42668-13**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Stephen Douglas Durham**  Case No. **15-42668-13**
**Jennifer Lynn Durham**  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **34** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **7/16/2015** _____  Signature **/s/ Stephen Douglas Durham** _____
**Stephen Douglas Durham**

Date **7/16/2015** _____  Signature **/s/ Jennifer Lynn Durham** _____
**Jennifer Lynn Durham**

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*