| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 244677 | 1 of 1 |

Advantage Heating Air Conditioning
567 Commerce St Suite 110
Southlake, TX 76092

# Earnings Statement

ADP

Period Starting:  06/07/2015
Period Ending:   06/13/2015
Pay Date:        06/19/2015

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
  Federal:  0                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number:   XXX-XX-XXXX

Jennifer L Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 846.00 | 13536.00 |
| **Gross Pay** | | | **$846.00** | **$13,536.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.35 | 1349.60 |
| Social Security | -52.45 | 839.23 |
| Medicare | -12.26 | 196.27 |
| **Net Pay** | | **$696.94** |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.94 |

Your federal taxable wages this period are  $846.00

Advantage Heating Air Conditioning
567 Commerce St Suite 110
Southlake, TX 76092

Pay Date:  06/19/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0146 | XXXXXXXXX | 696.94 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 227430 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

**Earnings Statement**

ADP

Period Starting: 05/31/2015
Period Ending: 06/06/2015
Pay Date: 06/12/2015

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal:   0                Federal:
  State:     0                State:
  Local:     0                Local:
Social Security Number:   XXX-XX-XXXX

Jennifer L Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 846.00 | 12690.00 |
| Gross Pay | | | $846.00 | $12,690.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.35 | 1265.25 |
| Social Security | -52.45 | 786.78 |
| Medicare | -12.27 | 184.01 |
| Net Pay | | $696.93 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.93 |

Your federal taxable wages this period are $846.00

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date:   06/12/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0146 | XXXXXXXXX | 696.93 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 210416 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

**Earnings Statement**

ADP

Period Starting: 05/24/2015
Period Ending: 05/30/2015
Pay Date: 06/05/2015

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 0     Federal:
  State: 0     State:
  Local: 0     Local:
Social Security Number: XXX-XX-XXXX

Jennifer L Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 846.00 | 11844.00 |
| **Gross Pay** | | | **$846.00** | **$11,844.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.35 | 1180.90 |
| Social Security | -52.45 | 734.33 |
| Medicare | -12.27 | 171.74 |
| **Net Pay** | **$696.93** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.93 |

Your federal taxable wages this period are $846.00

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 06/05/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0146 | XXXXXXXXX | 696.93 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / Ll3 22042375 | 01/ | 192712 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

**Earnings Statement**

ADP

Period Starting:  05/17/2015
Period Ending:   05/23/2015
Pay Date:        05/29/2015

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
  Federal:  0                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number:   XXX-XX-XXXX

Jennifer L Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 846.00 | 10998.00 |
| **Gross Pay** | | | **$846.00** | **$10,998.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.35 | 1096.55 |
| Social Security | -52.46 | 681.88 |
| Medicare | -12.27 | 159.47 |
| **Net Pay** | **$696.92** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.92 |

Your federal taxable wages this period are $846.00

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date:   05/29/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0146 | XXXXXXXXX | 696.92 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / Ll3 22042375 | 01/ | 175466 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

**Earnings Statement**

ADP

Period Starting: 05/10/2015
Period Ending: 05/16/2015
Pay Date: 05/22/2015

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal:  0         Federal:
  State:    0         State:
  Local:    0         Local:
Social Security Number:  XXX-XX-XXXX

Jennifer L Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 846.00 | 10152.00 |
| Gross Pay | | | $846.00 | $10,152.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.35 | 1012.20 |
| Social Security | -52.45 | 629.42 |
| Medicare | -12.26 | 147.20 |
| Net Pay | $696.94 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.94 |

Your federal taxable wages this period are $846.00

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 05/22/2015

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.94 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 157856 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

## Earnings Statement

ADP

Period Starting: 05/03/2015
Period Ending: 05/09/2015
Pay Date: 05/15/2015

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
   Federal: 0      Federal:
   State: 0       State:
   Local: 0       Local:
Social Security Number: XXX-XX-XXXX

Jennifer L Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 846.00 | 9306.00 |
| **Gross Pay** | | | **$846.00** | **$9,306.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.35 | 927.85 |
| Social Security | -52.45 | 576.97 |
| Medicare | -12.27 | 134.94 |
| **Net Pay** | **$696.93** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.93 |

Your federal taxable wages this period are $846.00

---

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 05/15/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0146 | XXXXXXXXX | 696.93 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / Ll3 22042375 | 01/ | 140660 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

## Earnings Statement

ADP

Period Starting: 04/26/2015
Period Ending: 05/02/2015
Pay Date: 05/08/2015

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal: 0                Federal:
  State:   0                State:
  Local:   0                Local:
Social Security Number: XXX-XX-XXXX

Jennifer L Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 846.00 | 8460.00 |
| Gross Pay |  |  | $846.00 | $8,460.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.35 | 843.50 |
| Social Security | -52.45 | 524.52 |
| Medicare | -12.27 | 122.67 |
| Net Pay | $696.93 |  |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.93 |

Your federal taxable wages this period are $846.00

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 05/08/2015

THIS IS NOT A CHECK

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.93 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 122427 | 1 of 1 |

AdvantageHeating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

## Earnings Statement

ADP

Period Starting: 04/19/2015
Period Ending: 04/25/2015
Pay Date: 05/01/2015

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0   Tax Override:
  State: 0     Federal:
  Local: 0     State:
Social Security Number: XXX-XX-XXXX   Local:

Jennifer L Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 846.00 | 7614.00 |
| Gross Pay | | | $846.00 | $7,614.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.35 | 759.15 |
| Social Security | -52.45 | 472.07 |
| Medicare | -12.26 | 110.40 |
| Net Pay | $696.94 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.94 |

Your federal taxable wages this period are $846.00

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN ONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 05/01/2015

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 696.94 |

© 1996, 2006 ADP, LLC All Rights Reserved