| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 244678 | 1 of 1 |

Advantage Heating Air Conditioning
567 Commerce St Suite 110
Southlake, TX 76092

## Earnings Statement

![ADP]

Period Starting: 06/07/2015
Period Ending: 06/13/2015
Pay Date: 06/19/2015

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 0      Federal:
  State: 0        State:
  Local: 0        Local:
Social Security Number: XXX-XX-XXXX

Stephen D Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 576.93 | 9230.88 |
| **Gross Pay** | | | **$576.93** | **$9,230.88** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.99 | 703.84 |
| Social Security | -35.77 | 572.31 |
| Medicare | -8.37 | 133.85 |
| **Net Pay** | **$488.80** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.80 |

Your federal taxable wages this period are $576.93

Advantage Heating Air Conditioning
567 Commerce St Suite 110
Southlake, TX 76092

Pay Date:   06/19/2015

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.80 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 227431 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

# Earnings Statement

ADP

Period Starting: 05/31/2015
Period Ending: 06/06/2015
Pay Date: 06/12/2015

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal: 0       Federal:
  State: 0         State:
  Local: 0         Local:
Social Security Number: XXX-XX-XXXX

Stephen D Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 576.93 | 8653.95 |
| Gross Pay | | | $576.93 | $8,653.95 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.99 | 659.85 |
| Social Security | -35.76 | 536.54 |
| Medicare | -8.36 | 125.48 |
| Net Pay | $488.82 | |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.82 |

Your federal taxable wages this period are $576.93

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date:    06/12/2015

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.82 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 210417 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

**Earnings Statement**

ADP

Period Starting: 05/24/2015
Period Ending: 05/30/2015
Pay Date: 06/05/2015

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 0    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Stephen D Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 576.93 | 8077.02 |
| Gross Pay | | | $576.93 | $8,077.02 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.99 | 615.86 |
| Social Security | -35.77 | 500.78 |
| Medicare | -8.37 | 117.12 |
| Net Pay | | $488.80 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.80 |

Your federal taxable wages this period are $576.93

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 06/05/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0146 | XXXXXXXXX | 488.80 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / Ll3 22042375 | 01/ | 192713 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

**Earnings Statement**

ADP

Period Starting: 05/17/2015
Period Ending: 05/23/2015
Pay Date: 05/29/2015

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Stephen D Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 576.93 | 7500.09 |
| Gross Pay | | | $576.93 | $7,500.09 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.99 | 571.87 |
| Social Security | -35.77 | 465.01 |
| Medicare | -8.36 | 108.75 |
| Net Pay | $488.81 | |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.81 |

Your federal taxable wages this period are $576.93

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 05/29/2015

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.81 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 175467 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

**Earnings Statement**

ADP

Period Starting: 05/10/2015
Period Ending: 05/16/2015
Pay Date: 05/22/2015

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
   Federal:   0         Federal:
   State:     0         State:
   Local:     0         Local:
Social Security Number: XXX-XX-XXXX

Stephen D Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 576.93 | 6923.16 |
| **Gross Pay** | | | **$576.93** | **$6,923.16** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.99 | 527.88 |
| Social Security | -35.77 | 429.24 |
| Medicare | -8.37 | 100.39 |
| **Net Pay** | **$488.80** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.80 |

Your federal taxable wages this period are $576.93

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date:   05/22/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0146 | XXXXXXXXX | 488.80 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 157857 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

**Earnings Statement**

ADP

Period Starting: 05/03/2015
Period Ending: 05/09/2015
Pay Date: 05/15/2015

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Stephen D Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 576.93 | 6346.23 |
| Gross Pay | | | $576.93 | $6,346.23 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.99 | 483.89 |
| Social Security | -35.77 | 393.47 |
| Medicare | -8.37 | 92.02 |
| Net Pay | $488.80 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.80 |

Your federal taxable wages this period are $576.93

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 05/15/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0146 | XXXXXXXXX | 488.80 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 140661 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

# Earnings Statement

ADP

Period Starting: 04/26/2015
Period Ending: 05/02/2015
Pay Date: 05/08/2015

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal: 0    Federal:
  State: 0      State:
  Local: 0      Local:
Social Security Number: XXX-XX-XXXX

Stephen D Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 576.93 | 5769.30 |
| Gross Pay | | | $576.93 | $5,769.30 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.99 | 439.90 |
| Social Security | -35.77 | 357.70 |
| Medicare | -8.36 | 83.65 |
| Net Pay | $488.81 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.81 |

Your federal taxable wages this period are $576.93

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 05/08/2015

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.81 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / LI3 22042375 | 01/ | 122428 | 1 of 1 |

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

## Earnings Statement

ADP

Period Starting: 04/19/2015
Period Ending: 04/25/2015
Pay Date: 05/01/2015

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal:  0           Federal:
  State:    0           State:
  Local:    0           Local:
Social Security Number: XXX-XX-XXXX

Stephen D Durham
1910 Pin Oak Ln
Dallas, TX 75253

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 576.93 | 5192.37 |
| Gross Pay | | | $576.93 | $5,192.37 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.99 | 395.91 |
| Social Security | -35.77 | 321.93 |
| Medicare | -8.37 | 75.29 |
| Net Pay | $488.80 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0146 | XXXXXXXXX | 488.80 |

Your federal taxable wages this period are $576.93

Advantage Heating Air Conditioning
442 Marshall Rd
Southlake, TX 76092

Pay Date: 05/01/2015

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0146 | XXXXXXXXX | 488.80 |