OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TEXAS  76180-6608
Telephone (817) 770-8500
Fax (817) 770-8508

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

STEPHEN DOUGLAS DURHAM & JENNIFER LYNN DURHAM

DEBTORS

CASE NO:  15-42668-RFN

First Payment Date: Wed, Aug 5, 2015

TRUSTEE'S (7) DAY NOTICE OF INTENT TO CERTIFY
CHAPTER 13 CASE FOR DISMISSAL (NO FIRST PAYMENT)

**Notice is HEREBY GIVEN** to the above named Debtors and to the Debtors' Attorney that on or after 7 days herefrom, the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

   Debtors did not pay the Trustee the first Payment specified in Debtors' Plan within 30 days after the Petition Date.

**FAILURE TO CURE ANY AND ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN SEVEN (7) DAYS HEREOF SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.**

**DISMISSAL WITHOUT FURTHER NOTICE.**  Pursuant to General Order 2014-03 Section 3c, a Chapter 13 Petition may be dismissed without prejudice, after 7 days prior written notice to the Debtors and Debtors' Counsel, and without further notice.  The clerk is authorized to enter an Order of Dismissal upon certification by the Trustee that

c.  Debtor did not pay to the Trustee within 30 days after the Petition Date the first Payment specified in the Plan as required by Section 1326 (a)(1) of the Bankruptcy Code.

 Due Date is August 19, 2015.  Payments must be received by 4:00 p.m.

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000

STEPHEN DOUGLAS DURHAM & JENNIFER LYNN DURHAM
1910 Pin Oak Lane
Dallas, TX  75253

15-42668-RFN  STEPHEN DOUGLAS DURHAM & JENNIFER LYNN DURHAM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Seven Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the parties listed below in the manner listed below on or before August 12, 2015.

**BY FIRST CLASS MAIL:**

STEPHEN DOUGLAS DURHAM, JENNIFER LYNN DURHAM, 1910 Pin Oak Lane, Dallas, TX 75253-0000

**ELECTRONIC SERVICE:**

VIDA LAW FIRM PLLC, 3000 CENTRAL DR, BEDFORD, TX 76021
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000