**Tim Truman**
**Standing Chapter 13 Trustee**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**Telephone: (817) 770-8500**
**Facsimile: (817) 498-1362**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 15-42668-RFN |
| | § | Chapter 13 |
| **STEPHEN DOUGLAS DURHAM** | § | Hearing Date: October 1, 2015  8:30 am |
| **JENNIFER LYNN DURHAM** | § | |
| | § | |
| **Debtors** | § | |

**TRUSTEE'S NOTICE OF CONTINUANCE**

**NOTICE IS HEREBY GIVEN** that the "CONFIRMATION OF CHAPTER 13 PLAN" matter has been continued from September 25, 2015, 8:30 am to a court hearing on  **October 1, 2015, 8:30 am** to be held  **at the United States Bankruptcy Court, 501 W. 10th Street, Room 204, Fort Worth, TX  76102.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's Notice of Continuance" was served on the parties listed below in the manner listed below on or before September 28, 2015.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
State Bar No. 20258000
Angela Allen
State Bar No. 007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608

**BY FIRST CLASS MAIL:**
STEPHEN DOUGLAS DURHAM,  JENNIFER LYNN DURHAM,  1910 Pin Oak Lane,  Dallas, TX  75253-0000

**ELECTRONIC SERVICE:**
VIDA LAW FIRM PLLC, 3000 CENTRAL DR, BEDFORD, TX  76021
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
EDDIE R JIMENEZ, 4375 JUTLAND DR #200, PO BOX 17933, SAN DIEGO, CA  92177
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

STEPHEN DOUGLAS DURHAM
JENNIFER LYNN DURHAM
1910 Pin Oak Lane
Dallas, TX  75253-0000