Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 7602
EMAIL: filings@vidalawfirm.com
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| DURHAM, STEPHEN DOUGLAS | § | CASE NO. 15-42668-13 |
| DURHAM, JENNIFER LYNN | § | |
| Debtor(s) | § | CHAPTER 13 |

## TAX RETURN CERTIFICATE

I/We, Stephen Douglas Durham and Jennifer Lynn Durham, certify that all necessary, due, and applicable federal, state, and local personal income tax returns have been filed as required by the Bankruptcy Code.

_____
Durham, Stephen Douglas

_____
Durham, Jennifer Lynn