Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 7602
EMAIL: filings@vidalawfirm.com
Tel:  (817) 358-9977
Fax:  (817) 358-9988
ATTORNEYS FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| DURHAM, STEPHEN DOUGLAS | § | CASE NO. 15-42668-13 |
| DURHAM , JENNIFER LYNN | § | |
| Debtor(s) | § | CHAPTER 13 |

## DOMESTIC SUPPORT OBLIGATION CERTIFICATE

I, Stephen Douglas Durham  certify that I have paid all amounts that are required to be paid under my Domestic Support Obligation that first became payable after the date of the filing of the petition.

10-13-15
Date

_Stephen Durham_
Stephen Douglas Durham